UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD HELDMAN III,<br><br>　　　　　　　Defendant. | Case No. 2:25-CR-00540-JLS<br><br>**ORDER GRANTING APPLICATION TO CONTINUE DATE FOR DEFENDANT TO APPEAR FOR COMPETENCY HEARING; DECLARATION OF MEIR J. WESTREICH**<br><br>Hon.　Josephine L. Staton |

The Court, having reviewed Defendant Edward Heldman III's Application to Continue Date for Competency Hearing and finding good cause therein, the Competency Hearing is continued to March 19, 2026 at 10:30 a.m. Expert reports are due no later than February 27, 2026.

Dated: December 25, 2025

/s/
_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE