**Meir J. Westreich [CSB 73133]**
**Attorney at Law**
**221 East Walnut, Suite 200**
**Pasadena, California 91101**
**626.676.3585**
**meirjw@aol.com**

**Attorney for Defendant**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00540-JLS |
| Plaintiff, | **ORDER GRANTING APPLICATION TO CONTINUE** |
| v. | **DATE FOR DEFENDANT TO APPEAR FOR COMPETENCY HEARING** |
| EDWARD HELDMAN III, | **Hon.   Josephine L. Staton** |
| Defendant. | |

Defendant Edward Heldman, III., having filed his Application to Continue Date for Competency Hearing from March 19, 2026 to May 28, 2026, at 9:30 a.m., and extend time for expert reports to a date three weeks prior thereto; and good cause showing

**IT IS SO ORDERED. ALL OTHER ORDERS ISSUED, FINDINGS MADE AND STIPULATIONS FILED ON 10.23.25 & 10.24.25 REMAIN AND EXTEND ACCORDINGLY.**

Dated: March 4, 2026

_____
Hon. Josephine L. Staton
United States District Judge