# NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD HELDMAN III,

Defendant,

No. CR 2:25-00540-JLS

**ORDER GRANTING APPLICATION TO CONTINUE DATE FOR DEFENDANT TO APPEAR FOR COMPETENCY HEARING**

Defendant Edward Heldman III having filed his Application to Continue Date for Competency Hearing from May 28, 2026, to August 20, 2026, or as soon thereafter as the Court's calendar permits; and extend time for expert reports to a date three weeks prior thereto; and good cause showing, IT IS HEREBY ORDERED that the Competency Hearing is continued to **August 20, 2026 at 10:30 a.m.**  The Court's previous findings re: excludable time remain effective.  **No further continuances will be granted**.  Defendant is ORDERED to notify the Court no later than **July 24, 2026**, if Defendant's expert continues to be of the opinion that more time is needed to restore Defendant's competency, in which case the Court will appoint its own expert to conduct an evaluation of Defendant.

Dated: May 12, 2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE