UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWARD HELDMAN III,<br>Defendant. | Case No. 2:25-CR-00540-JLS<br>**ORDER GRANTING APPLICATION TO EXTEND TIME FOR SUBMISSION OF MEDICAL REPORTS.**<br>**Hon. Josephine L. Staton** |

Defendant Edward Heldman III having filed his Application to Extend Time for Submission of Medical Reports re Documented Medical Concerns re Commitment Designation from August 25, 2026 to August 31, 2026; and good cause showing

**IT IS SO ORDERED.**

Dated: August 26, 2026

Josephine L. Staton
UNITED STATES DISTRICT JUDGE