UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III,<br><br>Defendant. | Case No. 2:25-CR-00540-JLS<br><br>**ORDER PERMITTING MANUAL FILING UNDER SEAL OF EXPERT REPORTS AND Rx LIST** |

Defendant Edward Heldman III having filed his Application to File the following expert reports under seal:

April Rx Report [04.3.26]; May Report [05.07.26]; May Rx Report [05.07.26]; July Report [07.09.26]; August Report [08.04.26]; August Rx Report [08.06.26]; and August Supplemental Rx Report [08.18.26] **(NEW)**], under seal, in their entirety, and good cause showing

**IT IS SO ORDERED.**

Dated: August 26, 2026

Josephine L. Staton
UNITED STATES DISTRICT JUDGE