UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No. 2:25-cr-00540-JLS-1 Date: September 25, 2026

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter NONE

| Kelly Davis | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorney for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| EDWARD HELDMAN III | NOT | | | | MEIR J. WESTREICH | | | X |

**PROCEEDINGS: (IN CHAMBERS) ORDER RE STATUS REPORT**

Upon review of the record, the Court directs counsel for the Government to file a status report regarding the Court's Order Re Competency Evaluation of Defendant (Doc. 62), and to do so within five court days of the entry of this Order.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: kd