TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
KALI M. YALLOURAKIS (Cal. Bar No. Pending)
Assistant United States Attorney
Major Crimes Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2426
Facsimile: (213) 894-0141
Email: kali.yallourakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III,<br><br>Defendant. | No. 2:25-CR-00540-JLS<br><br>STATUS REPORT REGARDING COURT'S ORDER FOR COMPETENCY EVALUATION (DKT. 62) |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Kali M. Yallourakis hereby files this status report regarding the Court's order for defendant EDWARD HELDMAN III's ("defendant") competency evaluation (Dkt. 62).

The Court issued its 4241(b) order on August 20, 2026 (Dkt. 62), and the government provided it to the Federal Bureau of Prisons

("BOP") and the U.S. Marshals Service ("USMS") as required by the Court's order, on August 23. The government learned through conferring with USMS, that the order was uploaded into the USMS Capture system, and on August 24, BOP's Designation and Sentence Computation Center ("DSCC") promptly designated defendant to be evaluated at MCC San Diego.

The Court's 4241(b) order issued August 20 provided that "[i]f Defendant has particular, documented medical concerns that may impact the BOP's designation, he may provide those to the BOP within five (5) days of the issuance of this Order for the BOP's consideration." Dkt. 62 at 3 (emphasis added). Defendant, five days later and on the same day his documentation was due, August 25, moved for an extension. Dkt. 63. But BOP had already made its designation. In any event, BOP, through its attorneys, never received any documentation; rather defendant, sent the government various emails, one on August 25 with a "provisional submission," one on August 31 which was meant to "augment the provisional submission," and one on September 9 termed a "supplemental submission" to "augment" the August 25 and August 31 submissions. The Court permitted defendant an extension to provide his documentation by August 31. Dkt. 64. It is unclear which of those various emails were meant to be the sealed filing pursuant to Dkt. 65, granting defendant's application to file under seal. In summary, defendant never provided the documentation to BOP. In response to the Court's order for the government to file this status report (Dkt. 68), the government provided defendant's documentation to BOP, which confirmed it would pass the documentation on to MCC San Diego.

USMS informed the government that defendant's surrender date was September 15, 2026. USMS stated that it was defense counsel's obligation to inquire with USMS regrading his client's surrender date.

Regardless of the events leading up to this report, defendant is now on notice. The government too is skeptical of defense counsel's "sudden about-face" (Dkt. 62 at 2) that defendant's competency issues are now resolved, when commitment to custody is imminent. The government respectfully requests the Court set a prompt self-surrender date and location – with a bench warrant to issue if defendant does not comply.

Dated: October 1, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

*/s/ Kali M. Yallourakis*
KALI M. YALLOURAKIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA