UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD HELDMAN III,

Defendant.

No. 2:25-CR-00540-JLS

ORDER OF DEFENDANT'S SELF-SURRENDER DATE AND LOCATION FOR COMPETENCY EVALUATION

The Court has read and considered the government's notice of defendant's self-surrender date and location for his competency evaluation. The Court finds that Defendant shall self-surrender on October 15, 2026 at the USMS Office at the Sandra Day O'Connor United States Courthouse, 401 W Washington St, Suite 270, Phoenix, AZ 85003.

IT IS SO ORDERED.

October 8, 2026
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE