**Meir J. Westreich [CSB 73133]**
**Attorney at Law**
**221 East Walnut, Suite 200**
**Pasadena, California 91101**
**626.676.3585**
**meirjw@aol.com**

**Attorney for Defendant**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDWARD HELDMAN III, Defendant. | Case No. 2:25-CR-00540-JLS<br><br>**NOTICE OF APPEAL FROM ORDERS ENTERED OCTOBER 5, 2026 [DKT 75] & OCTOBER 8, 2026 [DKT 79] & UNDERLYING ORDERS**<br><br>**Hon. Josephine L. Staton** |

Defendant Edward Heldman III, currently on pretrial bail / bond release in this action [Dkt 9] [07.24.25], hereby appeals from Orders entered October 5, 2026 [Dkt 75] and October 8, 2026 [Dkt 79], ordering self-surrender to Attorney General on October 15, 2026 for in-custody competency evaluation pursuant to 18 U.S.C. §4247(b), overruling objections filed August 19, 2026 [Dkt 60] and October 3, 2026 [Dkt 72], and also denying motions filed October 7, 2026 [Dkt 78] for reconsideration of Orders on August 7, 2026 [Dkt 50], August 20, 2026 [Dkt 62] and October 5, 2026 [Dkt 75] re in-custody competency evaluation, and for issuance of order approving out-patient competency evaluation.

Dated: October 9, 2026.

/s/ Meir J. Westreich

Meir J. Westreich
Attorney for Defendant